AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Newport News Division



FILED
JUN -8 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

ANITA A. WALKER

Defendant.

Case Number: 4:09cr81-02

USM Number: 58946-083

Defendant's Attorney:
Bryan L. Saunders, Court-appointed counsel

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1(s) of the Superseding Indictment.

Accordingly, the defendant is adjudged guilty of the following count involving the indicated offense:

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 18 U.S.C. 1349 and 1344 | Conspiracy to Commit Bank Fraud | Felony | August, 2009 | 1s |

On motion of the United States, the Court has dismissed all remaining counts in the Superseding Indictment.

As pronounced on June 7, 2010, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 8th day of June ,2010.

/s/ Jerome B. Friedman
United States District Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 2 - Imprisonment

Page 2 of 6

Case Number:  4:09cr81-02  
Defendant's Name:  ANITA A. WALKER

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned for a total term of FIFTEEN (15) MONTHS.**

The Court recommends that the defendant be incarcerated at a facility as close to the Virgin Islands as possible.

The court also recommends that defendant be incarcerated at a facility with a drug treatment program and that defendant participate in an appropriate substance abuse program, when and if she qualifies.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____  
UNITED STATES MARSHAL

By  _____  
DEPUTY UNITED STATES MARSHAL

Case Number:      4:09cr81-02  
Defendant's Name: ANITA A. WALKER

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.**

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case Number: 4:09cr81-02
Defendant's Name: ANITA A. WALKER

# SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the Probation Officer.

2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Officer.

3) The defendant shall provide the Probation Officer access to any requested financial information.

4) The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

5) The defendant shall pay for the support of her children in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on defendant's financial circumstances.

6) The defendant shall participate in a program approved by the United States Probation Office for financial counseling, the costs of same to be paid for by the defendant as directed by the Probation Officer.

7) The defendant shall obtain her General Equivalency Diploma and if not employed full time, participate in an educational and vocational program, during her period of supervised release, as directed by the Probation Officer.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Page 5 of 6

Case Number: 4:09cr81-02
Defendant's Name: ANITA A. WALKER

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1(s) | $100.00 | $0.00 | $3,266.40 |
| TOTALS: | $100.00 | $0.00 | $3,266.40 |

## FINES

No fines have been imposed in this case.

## RESTITUTION

SEE RESTITUTION JUDGMENT ENTERED AND FILED JUNE 7, 2010.

Interest will not accrue, if the restitution is paid in accordance with the schedule, or any modified schedule, set by this Court.

Case 4:09-cr-00081-RBS-FBS   Document 174   Filed 06/08/10   Page 6 of 6 PageID# 467

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 6 of 6
 Sheet 6 - Schedule of Payments

Defendant's Name: ANITA A. WALKER
Case Number: 4:09cr81-02

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment & restitution shall be due in full immediately. Any balance remaining unpaid on the special assessment and restitution at the inception of supervision, shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence sixty (60) days after defendant's supervision begins.

At the time supervision commences, the Probation Officer shall take into consideration the defendant's economic status as it pertains to her ability to pay the special assessment and restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

Restitution shall be made jointly and severally with Lynda D. Holt, Franklin T. Bramble, Darnell S. Arthur, Jarmal T. Robinson, Tony B. Council, Andra G. Green and Zakarie Williams in Case No. 4:09cr81.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all restitution and special assessments imposed by this judgment are fully paid.